# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel VAZQUEZ-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Defendants. | Case No.:  26-cv-2462-BJC-DEB<br><br>**ORDER GRANTING IN PART PETITION FOR HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On April 17, 2026, Manuel Vazquez-Garcia ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on April 28, 2026.  ECF No. 5.  In their return, Respondents stated that they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  Petitioner filed a traverse on April 28, 2026, arguing for immediate release instead of a bond hearing.  ECF No. 6.

Having reviewed the pleadings, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of

1

this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The remaining requests in Petitioner's prayer for relief are **DENIED**.  ECF No. 1 at 23-24.  The Clerk of Court shall close this matter.

   **IT IS SO ORDERED.**

Dated:  May 8, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2462-BJC-DEB