

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel Vazquez-Garcia

**Civil Action No.** 26-cv-02462-BJC-DEB

**Plaintiff,**

**V.**

see attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The remaining requests in Petitioner's prayer for relief are DENIED.

**Date:**        5/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ _____

_____, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-02462-BJC-DEB

Christopher J. Larose, Senior Warden, Otay Mesa Detention Center, San Diego, California; Daniel A. Brightman, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Sirce Owen, Acting Director for Executive Office for Immigration Review; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Blanche, Acting Attorney General of the United States